UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

HAROLD DOMINGUEZ,

Defendant.



No. 15-cr-605-1 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

At the sentencing proceeding held on December 11, 2019, the Court sentenced the Defendant to time served. Accordingly, IT IS HEREBY ORDERED THAT Defendant shall be released forthwith.

SO ORDERED.

Dated: December 11, 2019
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation